IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CR-00017 (WLS-ALS) |
| | : | |
| CENOBIO OLGUIN JR, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Defendant Cenobio Olguin moves to continue his trial. (Doc. 23 at 1.) In federal criminal cases, the Speedy Trial Act controls. *See* 18 U.S.C. § 3161. Hence, to continue a trial, the Court must make specific findings that justify excluding the time lost from computation under the Act. *See* 18 U.S.C. § 3161(h)(7)(A)-(B). That is, the Court must find that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See id.* Only after making those findings, may the Court continue Olguin's trial and exclude the time lost from computation under the Act. *See id.*

Yet Olguin doesn't ask the Court to make those findings, or even ask to exclude the time lost from computation under the Act. So the Court cannot grant his motion. Thus, the Motion to Continue (Doc. 23) is **DENIED**, without prejudice.

**SO ORDERED**, this 25th day of July 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1