**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CENOBIO OLGUIN, JR.,<br><br>Defendant. | Case No.: 7:25-CR-00017-WLS-ALS |

**ORDER**

On April 23, 2026, the Court sentenced Defendant Cenobio Olguin, Jr. to 180 months' imprisonment, followed by 10 years of supervised release. (Doc. 45.) According to the presentence investigation report ("PSR"), attorneys on behalf of three of 19 identified victims requested a total restitution amount of $20,500. (Doc. 40 ¶ 71.) At the sentencing hearing, Olguin stipulated through counsel that he is responsible for $20,500 discussed in the PSR. (Doc. 49 at 7:14–13, 18:8–12.) The Court scheduled a final restitution hearing for June 17, 2026, but that hearing did not proceed because Olguin was not transported from the Bureau of Prisons. The Court therefore continued the restitution hearing but has not yet scheduled a new hearing date. (*See* Doc. 50.)

On September 22, 2026, Olguin filed a motion opposing the restitution requirement. (Doc. 53.) In the motion, Olguin argues that he should not be required to pay any restitution to the victim of Count Two—possession of child pornography—because he was not convicted of that offense. He also contends that he should not have to pay restitution to the victim of Count One—attempted production of child pornography—because she did not request restitution. (*Id.* at 1–2.) To date, the Government has not filed a response.

In order for the Court to receive the parties' respective positions on the issues to be addressed at the restitution hearing, the Government is **ORDERED** to file a response to Olguin's motion, (Doc. 53), within **seven days** of the entry of this order, or by **Monday, November 2, 2026**.

**SO ORDERED**, this 27th day of October, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**